United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE BIERMAN,                                    No. C-10-4203 MMC

        Plaintiff,                              **ORDER DIRECTING DEFENDANT TO
                                                    SUBMIT CHAMBERS COPY OF NOTICE
  v.                                                  OF REMOVAL**

TOSHIBA CORPORATION, et al.,

        Defendants.

_____/

      On September 28, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS

defendant Toshiba America Information Systems, Inc. to submit forthwith a chambers copy

of the Notice of Removal, filed September 17, 2010.

      **IT IS SO ORDERED.**

Dated:  September 30, 2010

                                 MAXINE M. CHESNEY
                                 United States District Judge