RECEIVED
MARIN COUNTY
SUPERIOR COURT

2010 NOV 17 P 1:40

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 15, 2010

Superior Court of California
for the County of Marin
Hall of Justice, Marin County Civic Center
3501 Civic Center Drive
San Rafael, CA 94903

RE: <u>CV 10-04203 MMC   Bierman-v-Toshiba Corporation</u>
     Your Case Number: <u>(CIV 1004032)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x)   Certified copies of docket entries

(x)   Certified copies of Remand Order

(x)   Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*
by: <u>Alfred Amistoso</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg

MMC

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

FILED
NOV 18 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES